UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RETHA PIERCE, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>RO-LYAN REID, MYRTLE BEACH )<br>EMPLOYEE, BRUNSWICK )<br>COMMUNITY HOSPITAL, )<br>        Defendants. ) | **JUDGMENT**<br><br>No. 7:12-CV-318-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the Memorandum and Recommendation [DE-3] as it is not clearly erroneous or contrary to law. Accordingly, for the reasons discussed therein, plaintiff's complaint is hereby DISMISSED in its entirety.

**This Judgment Filed and Entered on February 15, 2013, and Copies To:**

Retha Pierce (413 32nd Avenue South, Atlantic Beach, SC 29582)

DATE                   JULIE A. RICHARDS, CLERK
February 15, 2013            /s/ Susan K. Edwards
                       (By) Susan K. Edwards, Deputy Clerk